1  BRIAN C. SHAPIRO
   ATTORNEY AT LAW 192789
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712
   TEL: 562/868-5886
4  FAX: 562/868-5491
   E-MAIL: brian_rohlfing.office@speakeasy.net

5  Attorney for RODNEY J. LEWIS

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                    WESTERN DIVISION

10

11 RODNEY J. LEWIS,                    ) Case No.: CV 08-06903 (E)
                                       )
12         Plaintiff,                  ) (~~PROPOSED~~) ORDER
       vs.                             )
13                                     )
   MICHAEL J. ASTRUE,                  )
14 COMMISSIONER OF SOCIAL              )
   SECURITY,                           )
15                                     )
           Defendant                   )
16 ────────────────────────────────────

17     IT IS HEREBY ORDERED, based on the stipulation by and between the

18 parties, through their respective counsel, that the court dismisses the above matter

19 without prejudice. Each side to bear her own costs and expenses, including but not

20 limited to attorney's fees.

21     IT IS SO ORDERED.

22 DATE: 3/31/09

23                                     _____
24                                     THE HONORABLE CHARLES F. EICK
                                       UNITED STATES MAGISTRATE JUDGE
25

26

-1-